**Robert E. SPURGIN, Respondent,**

v.

**Paul S. McNEILL, Jr., Director of Revenue, Appellant.**

**No. 53673.**

Missouri Court of Appeals,
Eastern District,
Division One.

July 19, 1988.

Motion for Rehearing and/or
Transfer to Supreme Court Denied
Aug. 31, 1986.

George R. "Buzz" Westfall, Pros. Atty., Joan L. Moriarty, Asst. Pros. Atty., Clayton, for appellant.

Claude Hanks, Creve Coeur, for respondent.

CRIST, Presiding Judge.

Director of Revenue (Director) appeals from a trial court order sustaining driver's Petition for Review of the administrative revocation of his driving privilege. We reverse and remand.

In 1986 driver pled guilty to driving a car while having a blood alcohol content (BAC) in excess of ten hundredths of one percent by weight. Based upon a prior 1975 guilty plea to operating a car with an excessive BAC, Director assessed twelve points against driver's driving record under § 302.302.1(8), RSMo 1986, and revoked his driving privileges.

In 1982 § 302.302 was amended to require that additional points be assessed for subsequent BAC convictions. Driver contends the 1982 amendment to § 302.302 is an ex post facto law when applied to his 1975 conviction and that it was illegal to use the pre–1982 conviction to enhance the points assessed for the 1986 conviction. Faced with this same issue we recently held there was no such violation. *Ragland v. McNeill*, 747 S.W.2d 701, 702[1] (Mo.App. 1988).

Judgment reversed and remanded for the trial court to enter an order revoking driver's privilege to operate a motor vehicle for one year.

DOWD and REINHARD, JJ., concur.